UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JENNIFER BARKLEY,

        Plaintiff,

  vs               7:06-CV-730

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| CONBOY, McKAY, BACHMAN<br> & KENDALL, LLP<br>Attorneys for Plaintiff<br>307 State Street<br>Carthage, NY 13619 | LAWRENCE D. HASSELER, ESQ. |
| SOCIAL SECURITY ADMINISTRATION<br>Office of Regional General Counsel<br>Region II<br>26 Federal Plaza - Room 3904<br>New York, NY 10278 | GINA SHIN, ESQ.<br>Special Assistant U.S. Attorney |

HON. GLENN T. SUDDABY
United States Attorney
 Northern District of New York
Attorney for Defendant
P. O. Box 7198
100 South Clinton Street
Syracuse, New York  13261-5165

DAVID N. HURD
United States District Judge

## DECISION and ORDER

   Plaintiff filed this action in June 2006, seeking judicial review of the denial of Social

Security benefits.  By Report-Recommendation dated May 13, 2008, the Honorable David R.

Homer, United States Magistrate Judge, recommended that the decision denying disability benefits be remanded. No objections have been filed.

Based upon a careful review of the entire file and the recommendation of Magistrate Judge Homer, the Report-Recommendation is accepted and adopted in whole. See 28 U.S.C. 636(b)(1). Accordingly, it is

ORDERED that this matter is REMANDED to the Commissioner for further proceedings consistent with the Report-Recommendation.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  July  30,  2008
        Utica, New York.